# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:10-CR-00236-5-GMN-LRL |
| | ) | |
| v. | ) | |
| | ) | |
| SHARON J. WAGNER, | ) | |
| | ) | |
| Defendant. | ) | ORDER |
| | ) | |

On January 3, 2011, this Court granted Defendant Sharon J. Wagner's Motion to Withdraw as Attorney (doc. 55), submitted by Natricia Tricano.

IT IS ORDERED that JEREMY DELCINO is appointed as counsel in place of Natricia Tricano for all future proceedings.

Ms. Tricano shall forward the file to Mr. Delcino forthwith.

DATED this 6th day of January, 2011.

_____
UNITED STATES MAGISTRATE JUDGE