UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHARON J. WAGNER,<br><br>　　　　Defendant. | 2:10-CR-236-GMN (LRL) |

**ORDER OF FORFEITURE**

On June 21, 2011, defendant SHARON J. WAGNER, pled guilty to Count One of a One-Count Criminal Indictment charging her in Count One with conspiracy to commit bank fraud, mail fraud and wire fraud in violation of Title 18, United States Code, Sections 1341, 1343 and 1344, and agreed to the forfeiture of property set forth in the Forfeiture Allegations in the Criminal Indictment and the Plea Memorandum. Docket #1.

This Court finds that SHARON J. WAGNER shall pay a criminal forfeiture money judgment of $67,745.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A).

. . .

. . .

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from SHARON J. WAGNER a criminal forfeiture money judgment in the amount of $67,745.00 in United States Currency.

DATED this 21st day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE

2