

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| v. | ) 2:10-CR-236-GMN-(PAL) |
| SHARON J. WAGNER, | ) ) |
| Defendant. | ) |

## ORDER OF FORFEITURE

This Court found on June 22, 2011, that SHARON J. WAGNER shall pay a criminal forfeiture money judgment of $67,745.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Superseding Criminal Information, ECF No. 81; Plea Memorandum, ECF No. 83; Order of Forfeiture, ECF No. 84.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from SHARON J. WAGNER a criminal forfeiture money judgment in the amount of $67,745.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

DATED this 21 day of Nov, 2013.

_____
UNITED STATES DISTRICT JUDGE